IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| XAVIER VILARO, MYRNA CANO, and their conyugal partnership, plaintiffs, <br><br> v. <br><br> SONIC CAVITATION LIMITED; SONIC CAVITATION LLC; XYLEM, INC.; TOTAL MACHINE SOLUTIONS, LLC. Y WILDCAT ENGINEERING, INC.; CORPORATION X, CORPORACTION Y, JOHN DOE Y JOE DOE, defendants. | Civil No. 16-2059 (FAB) <br><br> Sobre: Breach of Contract, Contract Damages. <br><br> Trial By Jury Requested |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW the plaintiffs, Xavier and Myrna Vilaró, through the undersigned counsel, and hereby STATES and PRAYS:

1. The undersigned attorney was retained by the plaintiff in the instant case.

2. It is requested an extension of thirty (30) days to plead and to notify all documents, notices for hearing, and orders through the undersigned counsel at the following address:

EVELYN AIMÉE DE JESÚS, ESQ.
USDC PR 218401
PO Box 88
Caguas, PR 00726-0088
Telephone (787) 961-9336

WHEREFORE, it is respectfully requested to the Honorable Court to enter Order to granting an extension of thirty (30) days and allow all future notices to be

sent to the undersigned counsel at the address of record and GRANT any other remedy being proper.

I HEREBY CERTIFY: That on this same date this document has been electronically filed with the Clerk of the Court, using the CM/ECF System which will forwarded to all its registered users.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, on June 13, 2016.

**LAW OFFICES OF EVELYN AIMÉE DE JESÚS**
PO Box 88
Caguas, P.R. 00726-0088
Telephone (787) 961-9336
email evelynaimee@me.com
email evelynaimee@gmail.com

s/ **EVELYN AIMÉE DE JESÚS**
USDC PR 218401